**TO: Clerk's Office**
   **UNITED STATES DISTRICT COURT**
   **EASTERN DISTRICT OF NEW YORK**

   **APPLICATION FOR LEAVE**
   **TO FILE DOCUMENT UNDER SEAL**

*******************************************

# Owens

   -v-                                          **23cv7730**

Owens v. The Incorporated Village of Garden City, et al   Docket Number

*******************************************

SUBMITTED BY: Plaintiff ☐ Defendant ☐ DOJ ☐
Name:_____
Firm Name:_____
Address:_____
   _____

Phone Number:_____
E-Mail Address:_____

INDICATE UPON THE PUBLIC DOCKET SHEET: YES ☐  NO ☐
**If yes, state description of document to be entered on docket sheet:**

Exhibits to complaint- restricted to case participants

**A) If pursuant to a prior Court Order:**
Docket Number of Case in Which Entered:_____
Judge/Magistrate Judge:_____
Date Entered:_____

_____

**B) If a new application,** the statute, regulation, or other legal basis that authorizes filing under seal

_____

_____

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT.**

DATED:  10/24/2023          , NEW YORK

   /s/ JMA

**U.S. DISTRICT JUDGE/U.S. MAGISTRATE JUDGE**
                  RECEIVED IN CLERK'S
         OFFICE_____
                                    DATE

**MANDATORY CERTIFICATION OF SERVICE:**
**A.)** ☐ A copy of this application either has been or will be promptly served upon all parties to this action, **B.)** ☐ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation:☐; or **C.)** ☐ This is a criminal document submitted, and flight public safety, or security are significant concerns.
(Check one)

_____          _____
      DATE                          SIGNATURE