UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ERIC OWENS,

                     Plaintiff,

    -against-

INCORPORATED VILLAGE OF GARDEN CITY,
et al.,

                     Defendants.
-----------------------------------------------------------------X

For Online Publication Only

**ORDER**
23-CV-7730(JMA)(ST)

FILED
CLERK
12:17 pm, Nov 28, 2023
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**AZRACK, United States District Judge:**

On October 13, 2023, Eric Owens ("Plaintiff"), acting pro se, filed a complaint and, on October 17, 2023, remitted the Court's filing fee. (See ECF No. 1; Receipt No. 200002448.) On October 31, 2023, a summons was issued. (ECF No. 4.) Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 90 days after the complaint is filed, the court - on motion or on its own after notice to the plaintiff - must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Accordingly, if service is not made upon the defendants by <u>January 11, 2024</u>, or Plaintiff fails to show good cause why such service has not been affected, the complaint will be dismissed without prejudice.[1] <u>Plaintiff is to provide a copy of this Order to the defendants along with the summonses and complaint and shall file proof of service with the Court within fourteen (14) days of service</u>.

---

[1] The Court encourages Plaintiff to consult with the Hofstra Law Pro Se Clinic located in the Central Islip Courthouse, which can provide free information, advice, and limited scope legal assistance to non-incarcerated pro se litigants. The Court notes that the Pro Se Clinic is not part of, nor affiliated with, the United States District Court. Consultations with the Pro Se Clinic can be conducted remotely via telephone. If you wish to contact the Pro Se Clinic to make an appointment, email them at PSLAP@Hofstra.edu or leave a message at (631) 297-2575.

Plaintiff is required to advise the Clerk of Court of any changes of address. Failure to keep the Court informed of Plaintiff's current address may result in dismissal of the case.

**SO ORDERED**.

Dated:   November 28, 2023    /s/ JMA
        Central Islip, New York    JOAN M. AZRACK
                                                     UNITED STATES DISTRICT JUDGE