SCANNED

Eric Owens, Plaintiff
14 Butler Street
Glen Cove NY 11542
347-724-060
Ericowens90@yahoo.com

Dated March 23, 2026

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★    MAR 25 2026    ★

LONG ISLAND OFFICE

Hon. Joan M. Azrack
Magistrate Judge Steven L. Tiscione

ERIC OWENS vs GARDEN CITY, et al.,
Case No. 23-cv-7730 (JMA)

RECEIVED

MAR 2 5 2026

EDNY PRO SE OFFICE

**Notice of Appeal**

Please take notice that this Plaintiff intends to appeal the ruling of the Court, denying Plaintiff's motion to disqualify Counsel for the defendants for misconduct, abuse of authority, retaliation and intimidation for amongst other serious offenses,  order my family and friends, via a fake judicially defective Subpoena to bring discovery to their office 0n 3/22/26, or face consequences.

Plaintiff complained via email to Counsel and Counsel threatened my family that he would do it again if they did not come. Counsel's language in the email which included the Director and CEO of both locations is clear and threatening directly at them.

Well, your Honor, under Counsel's threats they went to the location, which was CLOSED., **in fact the missed Sunday Services to come to the location Counsel demanded.**

Once again Counsel has shot themselves in the foot, with not 1 but 2, Sunday Subpoenas' (unprecedented) and once again the have been allowed to get away with it.



Eric Owens, Plaintiff

14 Butler Street
Glen Cove NY 11542
347-724-060
Ericowens90@yahoo.com

CC:
Steven Stern
Samantha Velez
179 Westbury Ave,
Carle Place, NY 11514

Steven Stern
From:sstern@sokoloffstern.com
To:Eric owens,Irma Jeanty,Eric WINGATE,Boo 5166695972
Cc:Samantha Velez
Fri, Feb 13 at 10:22 AM
This is not a fake subpoena. As attorneys we are authorized officers of the court with subpoena power.
Federal Rule of Civil Procedure 45(c) states:
(3) *Issued by Whom.* The clerk must issue a subpoena, signed but otherwise in blank, to a party who requests it. That party must complete it before service. **An attorney also may issue and sign a subpoena if the attorney is authorized to practice in the issuing court.**

The subpoena erroneously stated **Southern** District of New York but should have indicated **Eastern** District of New York, although it had the correct docket number for the Eastern District of New York.

## If you intend not to comply because of this error, we will issue a new subpoena. Please let me know. Otherwise, please produce Mr. Owens' employment file.

## Steven C. Stern

SOKOLOFF STERN LLP
179 Westbury Avenue
Carle Place, New York 11514
(516) 334-4500 ext. 102 (phone)
(516) 280-3845 (direct)
(516) 334-4501 (fax)

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

ERIC OWENS
*Plaintiff*

v.

THE INCORPORATED VILLAGE OF GARDEN CITY, ET AL.
*Defendant*

Civil Action No. 23-cv-07730 (JMA)(ST)

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Glen Cove Gardens 145 Mason Drive Glen Cove, NY 11542

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: **All job applications, employment records, correspondence, notes, and other materials relating to Eric T. Owens**

| Place: Sokoloff Stern LLP 179 Westbury Avenue, Carle Place, NY 11514 | Date and Time: 3/22/2026 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 02/12/2026

CLERK OF COURT

OR

_____
*Signature of Clerk or Deputy Clerk*

*Samantha Velez*
_____
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* All Defendants , who issues or requests this subpoena, are:
Samantha Velez, 179 Westbury Avenue, Carle Place, New York 11514
(516) 334-4500, svelez@sokoloffstern.com.

**Notice to the person who issues or requests this subpoena**
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).