UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ERIC OWENS,

                              Plaintiff,

          -against-

1. THE INCORPORATED VILLAGE OF GARDEN CITY
2. KENNETH O. JACKSON, POLICE COMMISSION, GCPD
3. RUSSELL POLICE OFFICER, GARDEN CITY POLICE
   (GCPD)
4. SEAGEANT PUNCH, GCPD

      Defendant(s) in their Individual and Official Capacity.

**DECLARATION**

23-cv-07730 (JMA)(ST)

          STEVEN C. STERN, an attorney duly admitted to practice before this Court, declares the

following to be true under penalty of perjury:

          1.       I am a member of the law firm of SOKOLOFF STERN LLP, attorneys for

defendants in the above-captioned action. I submit this declaration in connection with Defendants'

opposition to Plaintiff's motion to compel discovery in the form of interrogatories to non-party

Gregory Cutrone, Clerk to the Village Justice of the Incorporated Village of Garden City Justice

Court, and subpoenas to Gregory Cutrone and the Garden City Police Department FOIL Officer. I

am familiar with this matter based on my involvement in this case.

          2.       Attached are the exhibits submitted in support of defendant's opposition. Each

exhibit is a true and complete copy of what it purports to be.

          3.       Attached as Exhibit A is a copy of the transcript of the March 17, 2026 telephone

conference before the Honorable Steven L. Tiscione.

4.      Attached as Exhibit B is a copy of Plaintiff's email to counsel for the Defendants dated March 17, 2026.

5.      Attached as Exhibit C is a copy of Plaintiff's email, dated March 18, 2026, including "Interrogatories" directed to Mr. Cutrone.

6.      Attached as Exhibit D is a copy of my email, dated March 18, 2026, to Plaintiff in response to his Interrogatories to Mr. Cutrone.

7.      Attached as Exhibits E is a copy of Plaintiff's email response my March 18, 2026 email. (Ex. D.)

8.      Attached as Exhibit F is a copy of Plaintiff's email to defense counsel with his motion to compel discovery, dated March 19, 2026.

9.      Attached as Exhibit G is a copy of Plaintiff's email to defense counsel with his motion for leave to issue subpoenas to non-party Gregory Cutrone, Clerk to the Village Justice of the Incorporated Village of Garden City Justice Court and the Garden City Police Department FOIL Officer, along with copies of said subpoenas, dated March 19, 2026.

10.     For the reasons set forth in the accompanying memorandum of law, Defendants respectfully submit that Plaintiff's motion to compel discovery from a non-party and request for the Court to issue various subpoenas be denied in their entirety.

Dated: Carle Place, New York
      April 3, 2026

 

_STEVEN C. STERN_
STEVEN C. STERN
SOKOLOFF STERN LLP
*Attorneys for Defendants*
179 Westbury Avenue
Carle Place, New York, 11514
(516) 334-4500
File No. 230087